**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Amici Monroe, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | Amici <br> Amici Cafe |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-3273398 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 821 Dawsonville Hwy, STE 250 #339 | |
| Number    Street | Number    Street |
| | P.O. Box |
| Gainesville    GA    30501 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Hall County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL)   https://amici-cafe.com/amici-monroe/

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Amici Monroe, LLC**  Case number (if known) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When ____/____/____ Case number _____
                                MM / DD / YYYY
   District _____ When ____/____/____ Case number _____
                                MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____ Relationship _____
    District _____ When ____/____/____
                              MM / DD / YYYY
    Case number, if known _____

Debtor __Amici Monroe, LLC_____  Case number (*if known*)_____

Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>Number    Street<br>_____<br>_____<br>City                            State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☐ $0-$50,000              ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000         ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000        ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million      ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor __Amici Monroe, LLC__  
Name

Case number (*if known*)_____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/03/2025__  
MM / DD / YYYY

✗ __/s/ Josh Gentrup__  
Signature of authorized representative of debtor

__Josh Gentrup__  
Printed name

Title __Owner__

### 18. Signature of attorney

✗ __/s/ Benjamin Keck__  
Signature of attorney for debtor

Date __07/03/2025__  
MM / DD / YYYY

__Benjamin Keck__  
Printed name

__Keck Legal, LLC__  
Firm name

__2801 Buford Highway NE Suite 115__  
Number    Street

__Atlanta__     __GA__    __30329__  
City           State   ZIP Code

__4708266020__  
Contact phone

__bkeck@kecklegal.com__  
Email address

__943504__  
Bar number

__GA__  
State

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **4**

Fill in this information to identify the case:

Debtor name: Amici Monroe, LLC

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Amici Franchising<br>176 W. Washington St<br>Madison, GA, 30650 | corporate@amici-cafe.com | Franchise Agreement | | | | 12,500.00 |
| 2 | US Foods<br>7950 Spence Road<br>Fairburn, GA, 30213 | apexpenseinvoices@usfoods.com | Suppliers or Vendors | | | | 12,000.00 |
| 3 | Vestis<br>22619 Network Place<br>Chicago, IL, 60673 | VestisFeedback@vestis.com | Suppliers or Vendors | | | | 2,200.00 |
| 4 | Jackson Thorpe Investments<br>200 S Broad St<br>Monroe, GA, 30655 | malcom.82474@gmail.com | Rent | | | | 0.00 |
| 5 | Restaurant365<br>500 Technology Dr,.<br>Suite 200<br>Irvine, CA, 92618 | PayrollOperations@restaurant365.com | Suppliers or Vendors | | | | 0.00 |
| 6 | Toast<br>333 Summer Street<br>Boston, MA, 02210 | contact@toa.st | Suppliers or Vendors | | | | 0.00 |
| 7 | Premier Grease<br>P.O. Box 3535<br>Alpharetta, GA, 30023 | info@premiergrease.com | Suppliers or Vendors | | | | 0.00 |
| 8 | Sidney Lee<br>P.O. Box 429<br>Hampton, GA, 30228 | info@sidneylee.com | Suppliers or Vendors | | | | 0.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor __Amici Monroe, LLC_____   Case number (*if known*)_____
        Name

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Country Financial  PO Box 2000  Bloomington, IL, 61702 | info@countryfinancial.com | Insurance | | | | 0.00 |
| 10 | RTI  P.O. Box 12194  Durham, NC, 27709 | customercare@rti-inc.com | Suppliers or Vendors | | | | 0.00 |
| 11 | Georgia Department of Labor  148 Andrew Young Int'l Blvd. NE  Atlanta, GA, 30303 | commissioner@gdol.ga.gov | Taxes & Other Government Units | | | | 0.00 |
| 12 | Georgia Department of Revenue  2595 Century Parkway NE  Suite 339  Atlanta, GA, 30345 | bankruptcy.notices@dor.ga.gov | Taxes & Other Government Units | | | | 0.00 |
| 13 | Internal Revenue Service  401 W. Peachtree Street, N.W.  Stop 334-D  Atlanta, GA, 30308 | Cheryl.mangham@irs.gov | Taxes & Other Government Units | | | | 0.00 |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204      **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**      page 2

United States Bankruptcy Court

Northern District of Georgia

In re: Amici Monroe, LLC

Debtor(s)

Case No.

Chapter 11

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 07/03/2025

/s/ Josh Gentrup
Signature of Individual signing on behalf of debtor

Owner
Position or relationship to debtor

Amici Franchising
176 W. Washington St
Madison, GA 30650

Country Financial
PO Box 2000
Bloomington, IL 61702

Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

Internal Revenue Service
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

Jackson Thorpe Investments
200 S Broad St
Monroe, GA 30655

Premier Grease
P.O. Box 3535
Alpharetta, GA 30023

Restaurant365
500 Technology Dr,.
Suite 200
Irvine, CA 92618

RTI
P.O. Box 12194
Durham, NC 27709

Sidney Lee
P.O. Box 429
Hampton, GA 30228

Small Business Administration - Synovus Bank
409 3rd Street SW
Washington, DC 20416

Toast
333 Summer Street
Boston, MA 02210

US Foods
7950 Spence Road
Fairburn, GA 30213

Vestis
22619 Network Place
Chicago, IL 60673

**United States Bankruptcy Court**

**IN RE:**                                                                                    Case No._____

Amici Monroe, LLC
_____  Chapter  __11_____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Josh Gentrup , | 100 | Managing member |